IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:12-cr-04005-FJG-1 |
| ) | |
| Kenneth D. Parker, ) | |
|     Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of United States Magistrate Judge Matt J. Whitworth (Doc. #10 filed on August 2, 2012), to which no objection has been filed, the plea of guilty to the Information which was filed on July 19, 2011, in the U. S. District Court for the Northern District of Iowa, is now accepted. Defendant is adjudged guilty of such offense(s). Sentencing will be set by subsequent order of the court.

                                                    */s/ Fernando J. Gaitan, Jr.*
                                                    Fernando J. Gaitan, Jr.
                                                    Chief United States District Judge

Dated: August 21, 2012
Kansas City, Missouri